NUMBER
13-02-358-CR

 

                         COURT
OF APPEALS

 

               THIRTEENTH
DISTRICT OF TEXAS

 

                           CORPUS
CHRISTI

________________________________________________________________

 

DANIEL CHAPA,                                                      Appellant,

 

                                           v.

 

THE STATE OF TEXAS,                                              Appellee.

________________________________________________________________

 

                  On
appeal from the 156th District Court 

                              of
Bee County, Texas.

________________________________________________________________

 

                              O
P I N I O N

 

    Before Chief Justice Valdez and Justices Yañez and Castillo

                                Opinion
Per Curiam

 








Appellant, DANIEL CHAPA,
perfected an appeal from a judgment entered by the  156th District Court of Bee County, Texas,  in cause
number B-99-2006-0-CR-B. 
Appellant has filed a motion to withdraw notice of appeal.  The motion complies with Tex. R. App. P. 42.2(a).

The Court, having considered the documents on file and appellant=s motion to withdraw
notice of appeal, is of the opinion that appellant's motion to withdraw notice
of appeal should be granted.  Appellant's
motion to withdraw notice of appeal is granted, and the appeal is hereby
DISMISSED.

PER CURIAM

Do not publish.

Tex.
R. App. P.
47.3.

Opinion delivered and
filed this

the 22nd
day of August, 2002.